# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,

vs                                    CASE NOS: 3:05cr99-002
                                                          3:05cr101-002

MIKE LINH PHAM,
          Defendant.
_____/

## ORDER REDUCING SENTENCE

      Before the Court is the Government's Rule 35 Motion  advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing.  The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government in the investigation and prosecution of others.

      Defendant's sentence of confinement is, therefore, reduced in Case No. 3:05cr99-002 from 264 months and in Case No. 3:05cr101-002 from 240 months to 134 months in each case to run concurrently, one with the other, and his period of supervised release in Case No. 3:05cr99-002 is reduced from 5 years to 3 years.  In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 27 January 2006 shall remain unchanged.

      **ORDERED** this 5th day of December, 2006.


                                 s/L. A. Collier
                                LACEY A. COLLIER
                         Senior United States District Judge